1  A. Cisneros
   Email: amctrustee@mclaw.org
2  3403 Tenth Street, Suite 711
   Riverside, CA  92501
3  Telephone:    (951) 328-3124
   Telecopier:   (951) 682-9707
4

5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

11 In re                          ) Case No. 6:05-20921-PC
                                  ) Chapter 7
12 SEAN JASON BERRY,              )
                                  )
13                                ) NOTICE OF UNCLAIMED DIVIDENDS
                                  ) PURSUANT TO BANKRUPTCY RULE
14                                ) 3011
                    Debtor.       )
15 _____)

16     TO U.S. BANKRUPTCY COURT, CLERK OF THE UNITED STATES

17 BANKRUPTCY COURT:

18     Please find annexed hereto Check No. 1048 in the sum of

19 $111.02, representing the total amount of unclaimed dividend(s) in

20 the above-entitled debtor's estate which will create a zero

21 balance in the bank account.  Said sum is paid over to you

22 pursuant to Bankruptcy Rule 3011. A list of the names, addresses

23 and amounts to be paid to each claimant entitled to said unclaimed

24 dividend is attached.

25 Dated: March ___8___, 2010

26                                          _____
27                                                A. CISNEROS
28                                             Chapter 7 Trustee

ATTACHMENT NO. 2

LISTING OF DIVIDEND PAYMENTS
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:   Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:             0.0000%

AMOUNT/BALANCE TO DISTRIBUTE:    $111.02

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 000007 | First Bank of Delaware<br>1608 Walnut Street, #1000<br>Philadelphia, PA  19103 | $1,400.00 | $0.00 | $72.60 |
| 000017 | Southern California Edison<br>PO Box 600<br>Rosemead, CA  91771-0001 | $300.00 | $3.05[1] | $12.50 |
| 000026 | Home Depot<br>PO Box 66768<br>Houston, TX  77266 | $2,200.00 | $0.00 | 25.92 |
|  | TOTALS: | $0.00 | $3.05 | $111.02 |

CASE NUMBER:    6:05-20921-PC

CASE NAME:      BERRY, SEAN JASON

* Total also includes employee taxes withheld.

---

[1] Distribution was less than $5.00 and thus turned over to the Bankruptcy Court, Fiscal Section, pursuant to Bankruptcy Rule 3010.

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Unclaimed Dividends

CHECK NUMBER

**1048**

| DATE | AMOUNT |
|---|---|
| 03/05/10 | *********111.02 |

**PAY TO THE ORDER OF**

| CASE NUMBER | DEBTOR |
|---|---|
| 6:05-20921   PC | BERRY, SEAN JASON |

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA  90012

*One Hundred Eleven Dollars And 02/100*

_____
A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑈⑆0 01048⑈⑆  ⑈⑉111000012⑈⑉  4428793898⑈⑆

---

| Date: 03/05/10 | Check Number:  1048 | Amount:  111.02 |
|---|---|---|

Debtor Name: BERRY, SEAN JASON
Case Number: 6:05-20921     PC

Paid To:    U.S. BANKRUPTCY COURT              A. CISNEROS, TRUSTEE
            EDWARD R. ROYBAL FED BLDG          3403 TENTH STREET, SUITE 711
            FISCAL DEPT                         RIVERSIDE, CA  92501
            255 E. TEMPLE ST
            LOS ANGELES, CA  90012

Description:    Unclaimed Dividends

Bank Account Number:    4428793898

---

| Date: 03/05/10 | Check Number:  1048 | Amount:  111.02 |
|---|---|---|

Debtor Name: BERRY, SEAN JASON
Case Number: 6:05-20921     PC

Paid To:    U.S. BANKRUPTCY COURT              A. CISNEROS, TRUSTEE
            EDWARD R. ROYBAL FED BLDG          3403 TENTH STREET, SUITE 711
            FISCAL DEPT                         RIVERSIDE, CA  92501
            255 E. TEMPLE ST
            LOS ANGELES, CA  90012

Description:    Unclaimed Dividends

Bank Account Number:    4428793898

| In re:<br>SEAN JASON BERRY | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:05-20921-PC |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

The foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 8, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Arturo Cisneros    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
William Malcolm    bill@mclaw.org
Chris A Mullen    cam2424@hotmail.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 8, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**U.S. BANKRUPTCY COURT (VIA U.S. MAIL):** U.S. BANKRUPTCY COURT, EDWARD ROYBAL FEDERAL BLDG, FISCAL DEPARTMENT, 255 E. TEMPLE STREET, LOS ANGELES, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2010 | Breanna Rondilone | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1